**Order entered July 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01537-CV

**MARSHA JERRY AND JASON CHAMBERS, Appellant**

**V.**

**TEXAS DEPARTMENT OF TRANSPORTATION, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 88069-422**

## ORDER

We **DENY** appellants' July 21, 2014 motion seeking permission to file supplemental brief.


/s/      ELIZABETH LANG-MIERS
         JUSTICE